UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DENISE MARIE CUTLER,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV-20-059-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 <u> X </u> **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED: Pursuant to Order (Doc. 15), Judgment is entered in favor of the Defendant and against the Plaintiff.

  Dated this 21st day of May 2021.

           TYLER P. GILMAN, CLERK

           By: <u>/s/ Heidi Gauthier</u>
           Heidi Gauthier, Deputy Clerk